[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 3, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14861
Non-Argument Calendar

_____

D. C. Docket No. 94-03135-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNIE ROBINSON,
a.k.a. Blue Boy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(June 3, 2008)**

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Chet Kaufman, counsel for Johnnie Robinson, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Robinson's sentence imposed upon revocation of supervised release is **AFFIRMED.**